IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Court No. L-98-1620 |
| Juanita Gamble | : | |
| Defendant. | : | |

## ORDER OF SATISFACTION

Please enter the judgment in the above-entitled action, to include principal, interest, and costs, as PAID, SETTLED, and SATISFIED. The Defendant is hereby released from any lien created by the Notice of Lien recorded in the United States District Court for Maryland on October 16th, 1998 and recorded in the Circuit Court for Baltimore City as Lien No. 24L-98-000128 on December 15th, 1998.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____
Thomas F. Corcoran
Assistant United States Attorney
36 S. Charles Street
Fourth Floor
Baltimore, Maryland 21201
410-209-4800
Trial Bar No. 24894