IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | |
| v. | : | CIVIL NO. L 98-1620 |
| Juanita Gamble | | |
| Defendant | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**RELEASE OF JUDGMENT LIEN**

The United States of America does hereby release its Judgment Lien filed with regard to this case on October 16th, 1998 and recorded in the United States District Court for the District of Maryland and recorded as Lien No. 24L-98-000128. the Circuit Court for Baltimore City.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____
Thomas Corcoran
Assistant United States Attorney
36 S. Charles Street
Fourth Floor
Baltimore, Maryland 21201
410-209-4800
Trial Bar No. 24894